**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**            **PLAINTIFF**

**VS.**            **CIVIL ACTION NO. 3:05-CV-721WHB-AGN**

**LAKE CAROLINE, INC. AND LAKE
CAROLINE OWNERS ASSOCIATION**            **DEFENDANTS**

## O R D E R

Because Tom Turner, permanent law clerk for the undersigned, is a member of the Lake Caroline Owners Association, the Court feels that Canon 3C(1) of the Code of Conduct for United States Judges is brought into play. That Canon states that a judge shall disqualify himself when the judge's impartiality might reasonably be questioned. The undersigned believes that situation is applicable in this case and hereby recuses himself.

SO ORDERED this the 7th day of December, 2005.

                                           <u>s/William H. Barbour, Jr.</u>
                                           UNITED STATES DISTRICT JUDGE