IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**               **PLAINTIFF**

v.                                                  CIVIL ACTION NO. 3:05-cv-721TSL-JCS

**LAKE CAROLINE, INC. and LAKE
CAROLINE OWNERS ASSOCIATION**                              **DEFENDANTS**

---

### AGREED ORDER OF DISMISSAL WITH PREJUDICE
---

This cause came on to be heard this day on the motion ore tenus of Plaintiff Nationwide Mutual Fire Insurance Company seeking leave of court to dismiss with prejudice its claims against Defendant Lake Caroline Owners Association pursuant to FRCP 41(a)(2). Having considered this matter, and noting that the parties have agreed to the dismissal of the claims against Defendant Lake Caroline Owners Association, the Court finds that the motion is well taken and should be granted.

Accordingly, it is ordered and adjudged that all claims asserted by Plaintiff Nationwide Mutual Fire Insurance Company are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 3rd day of April, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED BY:

s/ John D. Brady
*Counsel for Plaintiff*

s/ Gene Berry by JDB by permission
*Counsel for Lake Caroline Owners Association*

582933_1